```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SKIBOKY STORA,

                Plaintiff,
                                                        MEMORANDUM AND ORDER
        - against -                                     17-CV-2470 (RRM) (RML)

Officer A. BLACK; Officer JOHN DOE; and Officer
JONE DOE,

                Defendants.
-------------------------------------------------------------------X
```
ROSLYNN R. MAUSKOPF, United States District Judge.

Plaintiff Skiboky Stora, proceeding *pro se*, submitted a "criminal complaint" on behalf of the United States against defendants. (Compl. (Doc. No 1).) By letter, the Clerk of Court informed Stora that he could not file a criminal complaint and provided Stora with instructions on how to file a civil complaint and an application to proceed *in forma pauperis* ("IFP"). (Not. of Deficient Filing (Doc. No. 2).) The Clerk further instructed Stora that in order to proceed, he must file a civil complaint and either pay the $400 filing fee or request to proceed IFP within 14 days from receipt of the letter. (*Id.*)

To date, Stora has not complied with the Clerk's instructions. Accordingly, the action is dismissed without prejudice. The Clerk of Court is directed to mail a copy of this Memorandum and Order, and the accompanying Judgment, to *pro se* plaintiff Skiboky Stora, note the mailing on the docket, and close this case.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Memorandum and Order would not be taken in good faith; as such, *in forma pauperis* status is denied. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

                                        SO ORDERED.

Dated: Brooklyn, New York               *Roslynn R. Mauskopf*
       September 25, 2018
                                        _____
                                        ROSLYNN R. MAUSKOPF
                                        United States District Judge