```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKIBOKY STORA,

                    Plaintiff,
                                                                            **JUDGMENT**
        - against -                                                         17-CV-2470 (RRM) (RML)

Officer A. BLACK; Officer JOHN DOE; and Officer
JONE DOE,

                    Defendants.
------------------------------------------------------------------X
```

A Memorandum and Order of the undersigned having been issued this day dismissing all claims against the defendants, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby:

ORDERED, ADJUDGED, AND DECREED that plaintiff take nothing of defendants, that all claims brought by plaintiff as against defendants are dismissed without prejudice.

SO ORDERED.

Dated: Brooklyn, New York            *Roslynn R. Mauskopf*
       September 25, 2018
                                                 _____
                                                 ROSLYNN R. MAUSKOPF
                                                 United States District Judge